Lindsey Specht, Esq.
NJ Attorney ID: 087912013
**DICKINSON WRIGHT PLLC**
1825 I St., N.W., Suite 900
Washington, DC  20006
Tel.: (202) 659-6965
Email: lspecht@dickinson-wright.com
Attorneys for *Plaintiff Ontel Products Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ONTEL PRODUCTS CORPORATION,<br><br>            Plaintiff,<br><br>   v.<br><br>TEKNO PRODUCTS INC.,<br><br>            Defendant. | CIVIL ACTION NO. 2:25-cv-14011-ES-JCB<br><br>**JURY TRIAL REQUESTED** |

## REQUEST FOR ENTRY OF DEFAULT BY CLERK OF COURT

Plaintiff Ontel Products Corporation ("Ontel") by and through its undersigned counsel, hereby submits its Request for Entry of Default by Clerk of Court and respectfully requests the Clerk of this Court to enter default against Tekno Products Inc. ("Tekno" or "Defendant"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend this action as fully

appears from the Court file herein and from the attached Declaration of Lindsey Specht, Esq.

Date: December 15, 2025                Respectfully submitted,

                                       s/ Lindsey Specht
                                       Lindsey Specht, Esq.
                                       NJ Attorney ID: 087912013
                                       **DICKINSON WRIGHT PLLC**
                                       1825 I St., N.W., Suite 900
                                       Washington, DC  20006
                                       Tel.: (202) 659-6949
                                       Email: lspecht@dickinson-wright.com

                                       *Attorneys for Plaintiff Ontel Products Corp.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby declare that on December 15, 2025, I caused a true and correct copy of Plaintiff's **REQUEST FOR ENTRY OF DEFAULT BY CLERK OF COURT, DECLARATION OF LINDSEY SPECHT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** and **[PROPOSED] ENTRY OF DEFAULT** to be served on the last known address for Defendant in this case via First Class U.S. Mail:

Tekno Products Inc.
c/o Narain Kurani, Registered Agent
201 State Rt. 17, Suite 603
Rutherford, New Jersey 07070

Date: December 15, 2025

s/ Lindsey Specht
Lindsey Specht, Esq.

3